Format for *Pro Hac Vice* Motion (Rev. 10/19)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Pelham | ) | |
| v. | ) | Civil Action No. 1:23-cv-00162 |
| VBit Techs. Corp., et al. | ) | |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of __John T. Jasnoch__ to represent __Plaintiff Parker Pelham__ in this matter.

Signed: __s/ Joseph L. Christensen__

(Movant's Name and Delaware State Bar ID Number)
(Movant's Address)
(Movant's Telephone Number)

Joseph L. Christensen (#5146)
CHRISTENSEN & DOUGHERTY LLP
1000 N. West St., Suite 1200
Wilmington, DE 19801
Telephone: 302-212-4330

Attorney for: __Plaintiff Parker Pelham__

Date: __February 15, 2023__

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____    _____
                                                  United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of __State of California__ and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Signed: __s/ John T. Jasnoch__

Date: __February 15, 2023__
(Applicant's Address)

John T. Jasnoch
SCOTT+SCOTT ATTORNEYS AT LAW LLP
600 W. Broadway, Suite 3300
San Diego, CA 92101