IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PARKER PELHAM, | ) |
|       Plaintiff, | ) ) ) |
| v. | )   Civil Action No. 23-162-CFC/SRF ) |
| VBIT TECHNOLOGIES CORP., et al., | ) ) ) |
|       Defendants. | ) ) |

**ORDER OF REFERENCE**

At Wilmington this 16th day of February 2023, pursuant to 28 U.S.C. § 636 (b);

IT IS ORDERED that the above-captioned case is hereby referred to Magistrate Judge Sherry R. Fallon. Judge Fallon shall hear and determine all motions[1] and conduct all hearings up to and including the pretrial conference. The above caption shall be used in all subsequent filings in this case.

 

_____
Chief Judge

---

[1] Dispositive motions by report and recommendation; non-dispositive motions by order (either written or issued from the bench).