UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

CASE NO.: 23-cv-00162-CFC/SRF

RETURN OF SERVICE

**Parker Pelham, Individually
and on Behalf of all others
Similarly Situated**

vs.

**VBIT Technologies Corp, et al**
_____/

```
Pennsylvania
Philadelphia    ss.
```

I, **Timothy Weldon**, a competent adult, being duly sworn according to law, depose and say that at **3:05pm** on **03/07/2023**, I served **Jin Gao** at **3213 Riseview Walk, #101, Phila, Pa 19125** in the manner described below:

☑ **Defendant(s) personally served.**

☐ Adult family member with whom said Defendant(s) reside(s).
Relationship is _____.

☐ Adult in charge of Defendant(s) residence who refused to give name and/or relationship.

☐ Manager/Clerk of place of lodging in which Defendant(s) reside(s).

☐ Agent or person in charge of Defendant's office or usual place of business.

☐ _____ an officer of said Defendant's company.

☐ Other:

a true and correct copy of **SUMMONS AND COMPLAINT** issued in the above captioned matter.

Description:
Sex: MALE - Age: 50-55 - Skin: ASIAN - Hair: HAT ON - Height: 5'6" - Weight: 135

```
X_____
Timothy Weldon   Cert/Appt#: none
Best Legal Services, Inc.
1617 John F. Kennedy Blvd. Suite 805
Philadelphia, PA   19103
(215) 567-7777
Atty File#: Phelham - Our File# 117843
```

Law Firm: **Christensen &Dougherty, LLP**
Attorney: **Joseph L. Christensen**
Address: **1000 N. West St. Suite 1200, Wilmington, DE, 19801**
Telephone: **302-212-4330**