# Exhibit 3

**Vbit Technologies Corporation Loss Chart**  
**Class Period: January 1, 2019 through February 13, 2023**

Lookback Price

| Name | Date | Description | Price |
|---|---|---|---|
| Alisha McKellar | 1/7/2021 | Down Payment | ($59,184.00) |
| **Three Diamond Package*** | 3/17/2021 | Finance Payment | ($1,659.79) |
| | 3/18/2021 | Finance Payment | ($1,642.20) |
| | 4/1/2021 | Finance Payment | ($1,708.25) |
| | 4/30/2021 | Finance Payment | ($1,697.43) |
| | 5/30/2021 | Finance Payment | ($1,692.09) |
| | 7/2/2021 | Finance Payment | ($1,707.40) |
| | 7/27/2021 | Finance Payment | ($1,710.70) |
| | 8/31/2021 | Finance Payment | ($1,698.82) |
| | 9/28/2021 | Finance Payment | ($1,700.20) |
| | 10/28/2021 | Finance Payment | ($2,000.21) |
| | 11/29/2021 | Finance Payment | ($2,000.72) |
| | 12/27/2021 | Finance Payment | ($2,000.00) |
| | 1/30/2022 | Finance Payment | ($1,998.59) |
| | 2/28/2022 | Finance Payment | ($2,495.43) |
| | 3/28/2022 | Finance Payment | ($2,000.95) |
| | 4/29/2022 | Finance Payment | ($2,496.62) |
| | 5/31/2022 | Finance Payment | ($2,496.97) |
| | 6/23/2022 | Finance Payment | ($2,002.38) |
| | | **Total** | **($93,892.75)** |
| **Silver Package** | 11/12/2020 | Opening Payment | ($1,750.00) |
| | 11/6/2021 | Extension Payment | ($1,885.00) |
| | | **Total** | **($3,635.00)** |
| **Diamond Package** | 7/22/2021 | Package Paid in Full | ($49,490.00) |
| **Diamond Package 2*** | 10/12/2021 | Package Paid in Full | ($49,882.00) |
| **Platinum Package** | 11/17/2021 | Package Paid in Full | ($15,548.00) |
| **Black Diamond Package** | 7/26/2021 | Down Payment | ($73,904.00) |
| | 9/19/2021 | Finance Payment | ($2,500.48) |
| | 9/28/2021 | Finance Payment | ($2,500.42) |
| | 10/28/2021 | Finance Payment | ($2,501.80) |
| | 11/29/2021 | Finance Payment | ($2,498.76) |
| | 12/27/2021 | Finance Payment | ($2,500.00) |
| | 1/30/2022 | Finance Payment | ($2,500.00) |
| | 2/28/2022 | Finance Payment | ($2,500.16) |
| | 3/28/2022 | Finance Payment | ($2,498.28) |
| | 4/29/2022 | Finance Payment | ($2,499.69) |
| | 5/31/2022 | Finance Payment | ($2,499.13) |
| | 6/23/2022 | Finance Payment | ($2,501.80) |
| | | **Total** | **($101,404.52)** |

**Grand Total** ($313,852.27)

* Keith McKellar assigned these investment contracts to Alisha McKellar