**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| PARKER PELHAM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VBIT TECHNOLOGIES CORP., VBIT MINING LLC, ADVANCED MINING GROUP, DANH CONG VO a/k/a DON VO, PHUONG D VO a/k/a KATIE VO, SEAN TU, JIN GAO, LILLIAN ZHAO, and JOHN DOE INDIVIDUALS 1-10, and DOE COMPANIES 1-10,<br><br>Defendants. | Case No. 1:23-cv-00162-CFC-SRF |

**DECLARATION OF JOSEPH L. CHRISTENSEN IN SUPPORT OF PARKER PELHAM'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD AND LIAISON COUNSEL**

I, Joseph L. Christensen, hereby declare as follows pursuant to 28 U.S.C. §1746:

1.      I am a partner with the law firm Christensen & Dougherty LLP, counsel for lead plaintiff movant Parker Pelham ("Movant"), and proposed Liaison Counsel for the Class.

2.      I submit this Declaration, together with the attached exhibits, in support of Movant's motion for appointment as Lead Plaintiff and approval of his selection of Scott+Scott Attorneys at Law LLP ("Scott+Scott") and Christensen & Dougherty LLP as Lead Counsel and Liaison Counsel, respectively, for the Class.

3.      Attached hereto as exhibits are true and correct copies of the following:

Exhibit A:   Notice published February 14, 2023, via *Business Wire*, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA");

Exhibit B:   Movant's PSLRA Certification;

Exhibit C:   Scott+Scott firm résumé; and

Exhibit D:   Christensen & Dougherty LLP firm resume.

I declare under penalty of perjury that the foregoing facts are true and correct. Executed on the 17th day of April, 2023.

                                                   *s/ Joseph L. Christensen*
                                                   JOSEPH L. CHRISTENSEN

2

**CERTIFICATE OF SERVICE**

I hereby certify that on April 17, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

*s/ Joseph L. Christensen*
JOSEPH L. CHRISTENSEN