# EXHIBIT B

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

I, Parker Pelham, hereby certify that the following is true and correct to the best of my knowledge information and belief:

1. I have reviewed the complaint in this action and authorize Scott+Scott Attorneys at Law to file it on my behalf.

2. I am willing to serve as a representative party on behalf of all persons and entities that purchased, or otherwise acquired, VBIT and Advanced Mining-related unregistered securities.

3. During the relevant period, I purchased and/or sold the security that is the subject of the complaint, as set forth in the attached **Schedule A.**

4. I did not engage in the foregoing transactions at the direction of counsel nor in order to participate in any private action arising under the Securities Act of 1933 (the "Securities Act") or the Securities Exchange Act of 1934 (the "Exchange Act").

5. During the three-year period preceding the date of my signing this Certification, I have not sought to serve, or served, as a representative party or lead plaintiff on behalf of a class in any private action arising under the Securities Act or the Exchange Act.

6. I will not accept any payment for serving as a representative party on behalf of the Class beyond the *pro rata* share of any recovery, expert for such reasonable costs and expenses (including lost wages) directly related to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  22  January, 2023 at  Wilmington, NC  (city, state).

*Parker Pelham*                                01/22/2023
Parker Pelham

# **SCHEDULE A**

VBIT and Advanced Mining-Related Unregistered Securities Transactions

| Date | Transaction | Detail | Number | Price | Total |
|---|---|---|---|---|---|
| 1/2/2020 | BUY | Gold Hosting Package | 1 | $2,550 | $2,550 |
| 5/2/2020 | BUY | Computer Server Hosting Order | 6 | $35.00 | $210.00 |
| 7/18/2020 | BUY | Black Diamond Hosting Package | 1 | $50,000 | $50,000 |
| 9/14/2020 | BUY | Gold Hosting Package | 1 | $2,550 | $2,550 |
| 12/2/2020 | BUY | Initial Affiliate Payment January 2021 to June 2021 | 1 | $149 | $149 |
| 12/9/2020 | BUY | Special Hosting Service Renewal | 1 | $18,860 | $18,860 |
| 5/19/2021 | BUY | Affiliate Payment 1 year June 2021 to June 2022 | 1 | $123.48 | $123.48 |
| 12/27/2021 | BUY | Black Diamond Package | 1 | $139,699 | $139,699 |
| 6/6/2022 | BUY | Affiliate Membership Payment | 1 | $110.07 | $110.07 |
| 6/13/2022 | BUY | Gold Package Hosting Renewal | 1 | $577 | $577 |