**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| PARKER PELHAM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VBIT TECHNOLOGIES CORP., VBIT MINING LLC, ADVANCED MINING GROUP, DANH CONG VO a/k/a DON VO, PHUONG D VO a/k/a KATIE VO, SEAN TU, JIN GAO, LILLIAN ZHAO, and JOHN DOE INDIVIDUALS 1-10, and DOE COMPANIES 1-10,<br><br>Defendants. | Case No. 1:23-cv-00162-CFC-SRF |

**NOTICE OF NON-OPPOSITION TO COMPETING MOTIONS FOR APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

**TO: THE COURT, ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that on April 17, 2023, pursuant to §21D of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. §78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. §78u-4, *et seq.*, putative Class member and Lead Plaintiff movant Parker Pelham ("Movant"), timely filed a motion in the above-captioned matter, to appoint Movant as Lead Plaintiff and approve Movant's selection of Scott+Scott Attorneys at Law LLP, and Christensen & Dougherty LLP to serve as Lead Counsel and Liaison Counsel for the Class.  ECF No. 10.

The PSLRA provides a presumption that the "most adequate plaintiff" to represent the interest of class members is the person or group that, among other things, has the "largest financial interest in the relief sought by the class."  15 U.S.C. §78u-4(a)(3)(B)(iii)(I).  Having reviewed the competing motions and supporting papers provided by the other movants seeking appointment as lead plaintiff, it appears that Movant has not asserted the "largest financial interest."  However, in the event the Court determines that other movants are incapable or inadequate to represent the Class in this litigation, Movant remains willing and able to serve as Lead Plaintiff or as a Class representative.

By this notice, Movant does not waive, compromise, or relinquish his right to participate in this litigation or receive his share of any recovery to the Class.

| | |
|---|---|
| DATED:  May 1, 2023 | **CHRISTENSEN & DOUGHERTY LLP** |
| | *s/ Joseph L. Christensen*<br>Joseph L. Christensen (#5146)<br>1000 N. West St., Suite 1200<br>Wilmington, DE 19801<br>Telephone: 302-212-4330<br>joe@christensendougherty.com |

1

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
John T. Jasnoch (*pro hac vice*)
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619-233-4565
Facsimile: 619-233-0508
jjasnoch@scott-scott.com

*Counsel for Proposed Lead Plaintiff Parker Pelham*

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

*s/ Joseph L. Christensen*
Joseph L. Christensen