UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| PARKER PELHAM, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>VBIT TECHNOLOGIES CORP., VBIT MINING LLC, ADVANCED MINING GROUP, DANH CONG VO A/K/A DON VO, PHUONG D VO A/K/A KATIE VO, SEAN TU, JIN GAO, LILLIAN ZHAO, AND JOHN DOE INDIVIDUALS 1-10, AND DOE COMPANIES 1-10,<br><br>Defendants. | C.A. No.: 23-cv-162-CFC-SRF<br><br>CLASS ACTION |

**NOTICE OF NON-OPPOSITION TO MOVANT'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

Movant Alisha McKellar a/k/a Alisha Lee ("Movant") respectfully submits this Notice of Non-Opposition to her unopposed Motion for Appointment as Lead Plaintiff and Approval of her Selection of The Rosen Law Firm, P.A. as Lead Counsel and Farnan LLP as Liaison Counsel (the "Lead Plaintiff Motion"). See D.I. 7.

The deadline for class members to seek appointment as lead plaintiff in the above-captioned action was April 17, 2023. Two movants filed lead plaintiff

1

motions: (i) Alisha McKellar a/k/a Alisha Lee, D.I. 7; and (ii) Parker Pelham ("Mr. Pelham"), D.I. 10.

Shortly thereafter, on May 1, 2023, Mr. Pelham withdrew his motion, recognizing that he did not have the largest financial interest in this litigation. D.I. 13. *See Brady v. Top Ships Inc.*, 2018 WL 3491691, at *4 (E.D.N.Y. July 20, 2018) (finding that lead plaintiff movants who filed notice of non-oppositions to competing motions "effectively withdr[ew]" their motions); *Jean v. STEC, Inc.*, 2010 WL 11468412, at *2 (C.D. Cal. Feb. 8, 2010) ("The Court treats this non-opposition as consent to the granting of a competing motion."). Mr. Pelham thus consents to the Court granting Movant's Lead Plaintiff Motion.

Accordingly, the Court should grant Movant's unopposed Lead Plaintiff Motion in its entirety.

Dated: May 10, 2023                    Respectfully submitted,

                                       **FARNAN LLP**

                                       /s/ Brian E. Farnan
                                       Brian E. Farnan, Esq. (Bar No. 4089)
                                       Michael J. Farnan, Esq. (Bar No. 5165)
                                       919 North Market St., 12th Floor
                                       Wilmington, DE 19801
                                       Telephone: (302) 777-0300
                                       Fax: (302) 777-0301
                                       Email: bfarnan@farnanlaw.com
                                       Email: mfarnan@farnanlaw.com

                                       *[Proposed] Liaison Counsel for*
                                       *Plaintiffs and the Class*

**THE ROSEN LAW FIRM, P.A.**

Laurence M. Rosen, Esq.
Phillip Kim, Esq.
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: lrosen@rosenlegal.com
Email: pkim@rosenlegal.com

*[Proposed] Lead Counsel for Plaintiff and the Class*