AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| | |
|---|---|
| PARKER PELHAM, Individually and on Behalf of All Others Similarly Situated<br><br>*Plaintiff(s)*<br>v.<br>VBIT TECHNOLOGIES CORP., VBIT MINING LLC, ADVANCED MINING GROUP, DANH CONG VO A/K/A DON VO, PHUONG D VO A/K/A KATIE VO, SEAN TU, JIN GAO, LILLIAN ZHAO, AND JOHN DOE INDIVIDUALS 1-10, AND DOE COMPANIES 1-10<br>*Defendant(s)* | Civil Action No. 1:23-cv-00162-CFC-SRF |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ADVANCED MINING GROUP
1625 WASHINGTON AVENUE
PHILADELPHIA, PA 19146

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brian E. Farnan, Esq.
Farnan LLP
919 North Market St., 12th Floor
Wilmington, DE 19801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 7/25/2023

/s/ Randall Lohan
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23-CV-00162-UNA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* ADVANCED MINING GROUP
was received by me on *(date)* 10/23/2023

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____, or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* JENNY HUGHES (MANAGING AGENT), who is designated by law to accept service of process on behalf of *(name of organization)* ADVANCED MINING GROUP C/O LEGALINC CORPORATE SERVICES, INC., 651 N. BROAD ST., SUITE 201, MIDDLETOWN, DE 19709 on *(date)* 10/23/2023 AT 1:45 PM

☐ I returned the summons unexecuted because _____, or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 10/23/2023

*Server's signature*

GRANVILLE MORRIS       PROCESS SERVER
*Printed name and title*

BRANDYWINE PROCESS SERVERS, LTD., PO BOX 1360, WILMINGTON, DE 19899
*Server's address*

Additional information regarding attempted service, etc:

SERVED SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT WITH JURY DEMAND; CIVIL COVER SHEET;

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| | |
|---|---|
| PARKER PELHAM, Individually and on Behalf of All Others Similarly Situated<br><br>*Plaintiff(s)*<br>v.<br>VBIT TECHNOLOGIES CORP., VBIT MINING LLC, ADVANCED MINING GROUP, DANH CONG VO A/K/A DON VO, PHUONG D VO A/K/A KATIE VO, SEAN TU, JIN GAO, LILLIAN ZHAO, AND JOHN DOE INDIVIDUALS 1-10, AND DOE COMPANIES 1-10<br><br>*Defendant(s)* | Civil Action No. 1:23-cv-00162-CFC-SRF |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DANH CONG VO A/K/A DON VO
C/O LEGALINC CORPORATE SERVICES, INC.
REGISTERED AGENT FOR VBIT TECH. CORP.
651 N. BROAD STREET, SUITE 201
MIDDLETOWN, DE 19709

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brian E. Farnan, Esq.
Farnan LLP
919 North Market St., 12th Floor
Wilmington, DE 19801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: 7/25/2023

CLERK OF COURT

/s/ Randall Lohan
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23-CV-00162-CFC-SRF

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* DANH CONG VO A/K/A DON VO C/O VBIT TECHNOLOGIES CORP.
was received by me on *(date)* 07/27/2023

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____, or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* JENNY HUGHES (MANAGING AGENT), who is
designated by law to accept service of process on behalf of *(name of organization)* DANH CONG VO A/K/A DON VO C/O VBIT TECHNOLOGIES CORP.
C/O LEGALINC CORPORATE SERVICES, INC., 651 N. BROAD STREET, SUITE 201, MIDDLETOWN, DE 19709 on *(date)* 07/27/2023

☐ I returned the summons unexecuted because _____, or

☐ Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 07/27/2023

*Server's signature*

GRANVILLE MORRIS          PROCESS SERVER
*Printed name and title*

BRANDYWINE PROCESS SERVERS, LTD., PO BOX 1360, WILMINGTON, DE 19899
*Server's address*

Additional information regarding attempted service, etc:

SERVED SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT WITH JURY DEMAND; CIVIL COVER SHEET;

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### District of Delaware

| | |
|---|---|
| PARKER PELHAM, Individually and on Behalf of All Others Similarly Situated <br><br> *Plaintiff(s)* <br> v. <br> VBIT TECHNOLOGIES CORP., VBIT MINING LLC, ADVANCED MINING GROUP, DANH CONG VO A/K/A DON VO, PHUONG D VO A/K/A KATIE VO, SEAN TU, JIN GAO, LILLIAN ZHAO, AND JOHN DOE INDIVIDUALS 1-10, AND DOE COMPANIES 1-10 <br><br> *Defendant(s)* | Civil Action No. 1:23-cv-00162-CFC-SRF |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* JIN GAO
C/O LEGALINC CORPORATE SERVICES, INC.
REGISTERED AGENT FOR VBIT TECH. CORP.
651 N. BROAD STREET, SUITE 201
MIDDLETOWN, DE 19709

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Brian E. Farnan, Esq.
Farnan LLP
919 North Market St., 12th Floor
Wilmington, DE 19801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: 7/25/2023

CLERK OF COURT

/s/ Randall Lohan
*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:23-CV-00162-CFC-SRF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* JIN GAO C/O VBIT TECHNOLOGIES CORP.

was received by me on *(date)* 07/27/2023

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ , or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* JENNY HUGHES (MANAGING AGENT) , who is designated by law to accept service of process on behalf of *(name of organization)* JIN GAO C/O VBIT TECHNOLOGIES CORP. C/O LEGALINC CORPORATE SERVICES, INC., 651 N. BROAD STREET, SUITE 201, MIDDLETOWN, DE 19709 on *(date)* 07/27/2023

☐ I returned the summons unexecuted because _____ , or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 07/27/2023

Server's signature

GRANVILLE MORRIS          PROCESS SERVER
*Printed name and title*

BRANDYWINE PROCESS SERVERS, LTD., PO BOX 1360, WILMINGTON, DE 19899
*Server's address*

Additional information regarding attempted service, etc:

SERVED SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT WITH JURY DEMAND; CIVIL COVER SHEET;

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| | |
|---|---|
| PARKER PELHAM, Individually and on Behalf of All Others Similarly Situated <br><br> *Plaintiff(s)* <br> v. <br> VBIT TECHNOLOGIES CORP., VBIT MINING LLC, ADVANCED MINING GROUP, DANH CONG VO A/K/A DON VO, PHUONG D VO A/K/A KATIE VO, SEAN TU, JIN GAO, LILLIAN ZHAO, AND JOHN DOE INDIVIDUALS 1-10, AND DOE COMPANIES 1-10 <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:23-cv-00162-CFC-SRF |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SEAN TU
C/O LEGALINC CORPORATE SERVICES, INC.
REGISTERED AGENT FOR VBIT TECH. CORP.
651 N. BROAD STREET, SUITE 201
MIDDLETOWN, DE 19709

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brian E. Farnan, Esq.
Farnan LLP
919 North Market St., 12th Floor
Wilmington, DE 19801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: 7/25/2023

/s/ Randall Lohan
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23-CV-00162-CFC-SRF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* SEAN TU C/O VBIT TECHNOLOGIES CORP.
was received by me on *(date)* 07/27/2023

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____, or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* JENNY HUGHES (MANAGING AGENT), who is designated by law to accept service of process on behalf of *(name of organization)* SEAN TU C/O VBIT TECHNOLOGIES CORP. C/O LEGALINC CORPORATE SERVICES, INC., 651 N. BROAD STREET, SUITE 201, MIDDLETOWN, DE 19709 on *(date)* 07/27/2023

☐ I returned the summons unexecuted because _____, or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 07/27/2023

*Server's signature*

GRANVILLE MORRIS          PROCESS SERVER
*Printed name and title*

BRANDYWINE PROCESS SERVERS, LTD., PO BOX 1360, WILMINGTON, DE 19899
*Server's address*

Additional information regarding attempted service, etc:

SERVED SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT WITH JURY DEMAND; CIVIL COVER SHEET;

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Delaware

PARKER PELHAM, Individually and on Behalf of All Others Similarly Situated

*Plaintiff(s)*

v.

VBIT TECHNOLOGIES CORP., VBIT MINING LLC, ADVANCED MINING GROUP, DANH CONG VO A/K/A DON VO, PHUONG D VO A/K/A KATIE VO, SEAN TU, JIN GAO, LILLIAN ZHAO, AND JOHN DOE INDIVIDUALS 1-10, AND DOE COMPANIES 1-10

*Defendant(s)*

Civil Action No. 1:23-cv-00162-CFC-SRF

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* VBIT MINING LLC
C/O LEGALINC CORPORATE SERVICES, INC.
651 N. BROAD STREET, SUITE 201
MIDDLETOWN, DE 19709

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Brian E. Farnan, Esq.
Farnan LLP
919 North Market St., 12th Floor
Wilmington, DE 19801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: 7/25/2023

CLERK OF COURT

/s/ Randall Lohan

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23-CV-00162-CFC-SRF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* VBIT MINING LLC

was received by me on *(date)* 07/27/2023

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____, or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* JENNY HUGHES (MANAGING AGENT), who is designated by law to accept service of process on behalf of *(name of organization)* VBIT MINING LLC
C/O LEGALINC CORPORATE SERVICES, INC., 651 N. BROAD STREET, SUITE 201, MIDDLETOWN, DE 19709    on *(date)* 07/27/2023

☐ I returned the summons unexecuted because _____, or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 07/27/2023

_____
Server's signature

GRANVILLE MORRIS        PROCESS SERVER
Printed name and title

BRANDYWINE PROCESS SERVERS, LTD., PO BOX 1360, WILMINGTON, DE 19899
Server's address

Additional information regarding attempted service, etc:

SERVED SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT WITH JURY DEMAND; CIVIL COVER SHEET;

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### District of Delaware

| | |
|---|---|
| PARKER PELHAM, Individually and on Behalf of All Others Similarly Situated<br><br>*Plaintiff(s)*<br>v.<br>VBIT TECHNOLOGIES CORP., VBIT MINING LLC, ADVANCED MINING GROUP, DANH CONG VO A/K/A DON VO, PHUONG D VO A/K/A KATIE VO, SEAN TU, JIN GAO, LILLIAN ZHAO, AND JOHN DOE INDIVIDUALS 1-10, AND DOE COMPANIES 1-10<br><br>*Defendant(s)* | Civil Action No. 1:23-cv-00162-CFC-SRF |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  VBIT TECHNOLOGIES CORP.
C/O LEGALINC CORPORATE SERVICES, INC.
651 N. BROAD STREET, SUITE 201
MIDDLETOWN, DE 19709

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brian E. Farnan, Esq.
Farnan LLP
919 North Market St., 12th Floor
Wilmington, DE 19801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 7/25/2023

CLERK OF COURT

/s/ Randall Lohan
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23-CV-00162-CFC-SRF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* VBIT TECHNOLOGIES CORP.
was received by me on *(date)* 07/27/2023

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____, or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* JENNY HUGHES (MANAGING AGENT), who is designated by law to accept service of process on behalf of *(name of organization)* VBIT TECHNOLOGIES CORP. C/O LEGALINC CORPORATE SERVICES, INC., 651 N. BROAD STREET, SUITE 201, MIDDLETOWN, DE 19709 on *(date)* 07/27/2023 _____

☐ I returned the summons unexecuted because _____, or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 07/27/2023

_[signature]_
Server's signature

GRANVILLE MORRIS    PROCESS SERVER
Printed name and title

BRANDYWINE PROCESS SERVERS, LTD., PO BOX 1360, WILMINGTON, DE 19899
Server's address

Additional information regarding attempted service, etc:

SERVED SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT WITH JURY DEMAND; CIVIL COVER SHEET;

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### District of Delaware

| | |
|---|---|
| PARKER PELHAM, Individually and on Behalf of All Others Similarly Situated <br><br> *Plaintiff(s)* <br> v. <br> VBIT TECHNOLOGIES CORP., VBIT MINING LLC, ADVANCED MINING GROUP, DANH CONG VO A/K/A DON VO, PHUONG D VO A/K/A KATIE VO, SEAN TU, JIN GAO, LILLIAN ZHAO, AND JOHN DOE INDIVIDUALS 1-10, AND DOE COMPANIES 1-10 <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:23-cv-00162-CFC-SRF |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  PHUONG D VO A/K/A KATIE VO
C/O RICHARDS, LAYTON & FINGER, P.A.
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brian E. Farnan, Esq.
Farnan LLP
919 North Market St., 12th Floor
Wilmington, DE 19801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date:  7/25/2023

CLERK OF COURT

/s/ Randall Lohan
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23-CV-00162-CFC-SRF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* PHUONG D VO A/K/A KATIE VO
was received by me on *(date)* 07/27/2023

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ , or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* JILL GARZIA (AUTHORIZED PERSON) , who is designated by law to accept service of process on behalf of *(name of organization)* PHUONG D VO A/K/A KATIE VO C/O RICHARDS, LAYTON & FINDER, P.A., 920 N. KING ST., WILMINGTON, DE 19801 on *(date)* 07/27/2023

☐ I returned the summons unexecuted because _____ , or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 07/27/2023

*Server's signature*

GILBERT DEL VALLE      PROCESS SERVER
*Printed name and title*

BRANDYWINE PROCESS SERVERS, LTD., PO BOX 1360, WILMINGTON, DE 19899
*Server's address*

Additional information regarding attempted service, etc:

SERVED SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT WITH JURY DEMAND; CIVIL COVER SHEET;

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| | |
|---|---|
| PARKER PELHAM, Individually and on Behalf of All Others Similarly Situated <br><br> *Plaintiff(s)* <br><br> v. <br><br> VBIT TECHNOLOGIES CORP., VBIT MINING LLC, ADVANCED MINING GROUP, DANH CONG VO A/K/A DON VO, PHUONG D VO A/K/A KATIE VO, SEAN TU, JIN GAO, LILLIAN ZHAO, AND JOHN DOE INDIVIDUALS 1-10, AND DOE COMPANIES 1-10 <br><br> *Defendant(s)* | Civil Action No. 1:23-cv-00162-CFC-SRF |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  LILLIAN ZHAO
C/O LEGALINC CORPORATE SERVICES, INC.
REGISTERED AGENT FOR VBIT TECH. CORP.
651 N. BROAD STREET, SUITE 201
MIDDLETOWN, DE 19709

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brian E. Farnan, Esq.
Farnan LLP
919 North Market St., 12th Floor
Wilmington, DE 19801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 7/25/2023

CLERK OF COURT

/s/ Randall Lohan
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23-CV-00162-CFC-SRF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* LILLIAN ZHAO C/O VBIT TECHNOLOGIES CORP.

was received by me on *(date)* 07/27/2023

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____, or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* JENNY HUGHES (MANAGING AGENT), who is designated by law to accept service of process on behalf of *(name of organization)* LILLIAN ZHAO C/O VBIT TECHNOLOGIES CORP. C/O LEGALINC CORPORATE SERVICES, INC., 651 N. BROAD STREET, SUITE 201, MIDDLETOWN, DE 19709 on *(date)* 07/27/2023

☐ I returned the summons unexecuted because _____, or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 07/27/2023

*Server's signature*

GRANVILLE MORRIS        PROCESS SERVER
*Printed name and title*

BRANDYWINE PROCESS SERVERS, LTD., PO BOX 1360, WILMINGTON, DE 19899
*Server's address*

Additional information regarding attempted service, etc:

SERVED SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT WITH JURY DEMAND; CIVIL COVER SHEET;