IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PARKER PELHAM, Individually and on Behalf of All Other Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>VBIT TECHNOLOGIES CORP., VBIT MINING LLC, ADVANCED MINING GROUP, DANH CONG VO a/k/a DON VO, PHUONG D VO a/k/a KATIE VO, SEAN TU, JIN GAO, LILLIAN ZHAO, and JOHN DOE INDIVIDUALS 1-10, and DOE COMPANIES 1-10,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)　C.A. No. 23-162-CFC-SRF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF GRIFFIN A. SCHOENBAUM IN SUPPORT
OF DEFENDANT PHUONG D. VO A/K/A KATIE VO'S OPENING BRIEF
IN SUPPORT OF HER MOTION TO DISMISS**

I, Griffin A. Schoenbaum, make the following declaration:

1. I am an attorney at the law firm of Richards, Layton & Finger, P.A., counsel for Phuong D. Vo a/k/a Katie Vo ("Ms. Vo"). I am over eighteen years of age and am fully competent to make this declaration. I make this declaration in support of Defendant Phuong D. Vo a/k/a Katie Vo's Opening Brief in Support of Her Motion to Dismiss.

2. Attached as **Exhibit 1** is a true and correct copy of an email sent by Marcos A. Ramos of Richards, Layton & Finger, P.A. to Brian E. Farnan of Farnan LLP on July 27, 2023.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct.

　　　　　　　　　　　　　　　　　　　　　　*/s/ Griffin A. Schoenbaum*
　　　　　　　　　　　　　　　　　　　　　　Griffin A. Schoenbaum (#6915)

Dated: November 15, 2023