# EXHIBIT 1

**Schoenbaum, Griffin A.**

| | |
|---|---|
| **From:** | Ramos, Marcos A. |
| **Sent:** | Thursday, October 26, 2023 3:06 PM |
| **To:** | Hunter, Travis S.; Schoenbaum, Griffin A. |
| **Cc:** | Foster, Anne C. |
| **Subject:** | FW: Pelhal v. VBIT Technologies, Civ. A. No. 23-162 |

FYI

Marcos A. Ramos, Esq.
**Richards, Layton & Finger, P.A.**
ramos@rlf.com
302-651-7566 (direct)

---

**From:** Ramos, Marcos A.
**Sent:** Thursday, July 27, 2023 3:56 PM
**To:** 'bfarnan@farnanlaw.com' <bfarnan@farnanlaw.com>
**Subject:** Pelhal v. VBIT Technologies, Civ. A. No. 23-162

Brian,

Good afternoon.  Earlier today, a messenger informed our firm's receptionist that it had a subpoena for delivery to our firm.  After reviewing the document, it instead is a form of complaint in *Pelham v. VBIT Technologies Group et al.*, bearing civil action number 23-cv-162, and a summons directed to the attention of Phuong D Vo a/k/a Katie Vo.  We want to advise you of the circumstances under which the delivery was made, and to confirm to you that we do not agree that service (if any) was effected.  Further, I understand that someone from the Rosen Law Firm previously reached out about waiving service in this action, but no agreement on service was ever made.

Should you want us to return the physical form of the complaint to you, please let me know.

Regards,
Marcos

Marcos A. Ramos, Esq.
**Richards, Layton & Finger, P.A.**
ramos@rlf.com
302-651-7566 (direct)
302-498-7566  (direct fax) *

920 North King Street
Wilmington, DE 19801
www.rlf.com
v-card

1