UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| PARKER PELHAM, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>VBIT TECHNOLOGIES CORP., VBIT MINING LLC, ADVANCED MINING GROUP, DANH CONG VO A/K/A DON VO, PHUONG D VO A/K/A KATIE VO, SEAN TU, JIN GAO, LILLIAN ZHAO, AND JOHN DOE INDIVIDUALS 1-10, AND DOE COMPANIES 1-10,<br><br>Defendants. | C.A. No.: 23-cv-162-CFC-SRF<br><br>CLASS ACTION |

**DECLARATION OF BRIAN E. FARNAN IN SUPPORT OF CROSS MOTION TO ALLOW ALTERNATIVE SERVICE AND OPPOSITION TO PHUONG D VO'S MOTION TO DISMISS**

I, Brian E. Farnan hereby declare under penalty of perjury:

1. I am an attorney of Farnan LLP, proposed Liaison Counsel in this action, and have personal knowledge of the facts set forth herein. I am duly admitted to practice law in the State of Delaware and before this Court. I make this Declaration in support of the Cross Motion to Allow Alternative Service and Opposition to Phuong D Vo's Motion to Dismiss.

2. Attached hereto as Exhibit 1 is a true and correct copy of all attempts at serving the summons on Phuong D Vo and the affidavits of non-service.

3. Attached hereto as Exhibit 2 is a true and correct copy of the affidavit of Ha Sung Kim.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

1

Executed: November 29, 2023             /s/ Brian E. Farnan
                                                                Brian E. Farnan