# Exhibit 1

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### District of Delaware

| | |
|---|---|
| PARKER PELHAM, Individually and on Behalf of All Others Similarly Situated<br><br>*Plaintiff(s)*<br>v.<br>VBIT TECHNOLOGIES CORP., VBIT MINING LLC, ADVANCED MINING GROUP, DANH CONG VO A/K/A DON VO, PHUONG D VO A/K/A KATIE VO, SEAN TU, JIN GAO, LILLIAN ZHAO, AND JOHN DOE INDIVIDUALS 1-10, AND DOE COMPANIES 1-10<br><br>*Defendant(s)* | Civil Action No. 1:23-cv-00162-CFC-SRF |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* PHUONG D VO A/K/A KATIE VO
C/O RICHARDS, LAYTON & FINGER, P.A.
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brian E. Farnan, Esq.
Farnan LLP
919 North Market St., 12th Floor
Wilmington, DE 19801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 7/25/2023

CLERK OF COURT

/s/ Randall Lohan
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23-CV-00162-CFC-SRF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* PHUONG D VO A/K/A KATIE VO
was received by me on *(date)* 07/27/2023

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____, or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* JILL GARZIA (AUTHORIZED PERSON), who is designated by law to accept service of process on behalf of *(name of organization)* PHUONG D VO A/K/A KATIE VO
C/O RICHARDS, LAYTON & FINDER, P.A., 920 N. KING ST., WILMINGTON, DE 19801
on *(date)* 07/27/2023

☐ I returned the summons unexecuted because _____, or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 07/27/2023

*Server's signature*

GILBERT DEL VALLE     PROCESS SERVER
*Printed name and title*

BRANDYWINE PROCESS SERVERS, LTD., PO BOX 1360, WILMINGTON, DE 19899
*Server's address*

Additional information regarding attempted service, etc:

SERVED SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT WITH JURY DEMAND; CIVIL COVER SHEET;

Best Legal Services, Inc.
1617 J.F.K.Blvd. Suite 450
Phila., Pa. 19103
Ph: 215.567.7777 — Fax: 215.561.4546

To:
```
Brian E. Farnan ATTN: Julia Shimizu
The Rosen Law Firm, P.A.
275 Madison Ave. 40th Floor
New York, NY  10016
```

### INVOICE FOR SERVICE

IN RE: **Parker Pelham, Individually and on Behalf of All Others Similarly Situated vs. VBIT Technologies Corp., et al.**

Invoice#: **rosenny~100001**   Link#: **120146**   Your Ref#:   DATE: **09/15/2023**

| Item | Servee | Desc | Amount | PD |
|---|---|---|---|---|
| PHILA. RUSH | Phuong D Vo A/K/A Katie Vo | ———— | $120.00 | — |
| PRINTING | Phuong D Vo A/K/A Katie Vo | ———— | $7.40 | — |

# TOTAL: $127.40

INVOICE DUE UPON RECEIPT
THANK YOU We Appreciate Your Business!

UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

CASE NO.: 1:23-cv-00162-CFC-SRF

## AFFIDAVIT OF DUE DILIGENCE

Parker Pelham, Individually
and on Behalf of All Others
Similarly Situated

vs.

VBIT Technologies Corp., et al.

_____/

Received by **Best Legal Services, Inc.** on 09/22/2023 at 11:18 AM to be served upon:

Phuong D Vo A/K/A Katie Vo
1823 S. Dover Street
Philadelphia, PA 19145

Pennsylvania
Philadelphia    ss.

I, **Timothy Weldon**, depose and say that:

On **09/23/2023** at **11:52am**, I discontinued attempting service of the within **SUMMONS AND COMPLAINT** on Phuong D Vo A/K/A Katie Vo for the reason(s) listed in the comments below:

Comments/Prev. Attempts: **Attempted on 09/23/2023@11:52am; as per an elderly Asian female who rents, no one by this name lives here.**

Sworn to and subscribed before me on this 26 day of Sep, 2023

NOTARY PUBLIC

Commonwealth of Pennsylvania - Notary Seal
GERARD C. MENICHINI, Notary Public
Philadelphia County
My Commission Expires July 21, 2026
Commission Number 1226028

X _____
Timothy Weldon - Cert/Appt#: none
Best Legal Services, Inc.
1617 John F. Kennedy Blvd. Suite 805
Philadelphia, PA  19103
(215) 567-7777
Atty File#:  -  Our File# **120146**

Best Legal Services, Inc.
1617 J.F.K.Blvd. Suite 450
Phila., Pa. 19103
Ph: 215.567.7777 — Fax: 215.561.4546

To:

    Brian E. Farnan ATTN: Julia Shimizu
    The Rosen Law Firm, P.A.
    275 Madison Ave. 40th Floor
    New York, NY  10016

### INVOICE FOR SERVICE

IN RE: **Parker Pelham, Individually and on Behalf of All Others Similarly Situated vs. VBIT Technologies Corp., et al.**

Invoice#: **rosenny~100002**      Link#: **120178**      Your Ref#:           DATE: **10/04/2023**

| Item | Servee | Desc | Amount | PD |
|---|---|---|---|---|
| PHILA.SERVICE | Phuong D Vo A/K/A Katie Vo | | $120.50 | — |
| ADD'L ATTEMPTS | Phuong D Vo A/K/A Katie Vo | | $0.00 | — |

# TOTAL:                                                                 $120.50

INVOICE DUE UPON RECEIPT
THANK YOU We Appreciate Your Business!

UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

CASE NO.: 1:23-cv-00162-CFC-SRF

AFFIDAVIT OF DUE DILIGENCE

Parker Pelham, Individually and on Behalf of All Others Similarly Situated

vs.

VBIT Technologies Corp., et al.

_____/

Received by **Best Legal Services, Inc.** on **09/26/2023** at **5:01 PM** to be served upon:

Phuong D Vo A/K/A Katie Vo
919 N Front Street, Apt. F
Philadelphia, PA 19123

State Pennsylvania
County of Philadelphia    ss.

I, **GERARD C. MENICHINI**, depose and say that:

I AM AUTHORIZED TO SERVE THIS PROCESS IN THE COUNTY IT WAS SERVED IN.

On **10/10/2023** at , I discontinued attempting service of the within **SUMMONS AND COMPLAINT** on **Phuong D Vo A/K/A Katie Vo** for the reason(s) listed in the comments below:

Comments/Prev. Attempts: **10-10-23 @ 7:10-7:30pm (I left a note on the outside on the mailbox)**

Sworn to and subscribed before me on this 16 day of October, 2023.

NOTARY PUBLIC

GERARD C. MENICHINI
Best Legal Services, Inc.
1617 John F. Kennedy Blvd. Suite 805
Philadelphia, PA 19103
(215) 567-7777
Atty File#:   - Our File# **120358**

Commonwealth of Pennsylvania - Notary Seal
DOROTHY L. WILLIAMS, Notary Public
Philadelphia County
My Commission Expires April 14, 2024
Commission Number 1179257

UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

CASE NO.: 1:23-cv-00162-CFC-SRF

## AFFIDAVIT OF DUE DILIGENCE

Parker Pelham, Individually
and on Behalf of All Others
Similarly Situated

vs.

VBIT Technologies Corp., et al.

_____/

Received by **Best Legal Services, Inc.** on **09/26/2023** at **5:01 PM** to be served upon:

**Phuong D Vo A/K/A Katie Vo**
919 N Front Street, Apt. F
Philadelphia, PA 19123

Pennsylvania
Philadelphia    ss.

I, **Timothy Weldon**, depose and say that:

On **10/10/2023** at **7:30pm**, I discontinued attempting service of the within **SUMMONS AND COMPLAINT** on **Phuong D Vo A/K/A Katie Vo** for the reason(s) listed in the comments below:

Comments/Prev. Attempts: **9-28-23 @ 7:28pm 10-3-23 @ 6:53pm 10-4-23 @ 3:53pm There is no access to Unit F without being let in and the door bell system is broken.**

Sworn to and subscribed before me on this 29 day of NOV, 2023.

NOTARY PUBLIC

Commonwealth of Pennsylvania - Notary Seal
GERARD C. MENICHINI, Notary Public
Philadelphia County
My Commission Expires July 21, 2026
Commission Number 1226028

X _____
Timothy Weldon - Cert/Appt#: none
Best Legal Services, Inc.
1617 John F. Kennedy Blvd. Suite 805
Philadelphia, PA  19103
(215) 567-7777
Atty File#:  - Our File# **120178**