**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PARKER PELHAM, Individually and on Behalf of All Other Similarly Situated,<br><br>        Plaintiff,<br><br>v.<br><br>VBIT TECHNOLOGIES CORP., VBIT MINING LLC, ADVANCED MINING GROUP, DANH CONG VO a/k/a DON VO, PHUONG D VO a/k/a KATIE VO, SEAN TU, JIN GAO, LILLIAN ZHAO, and JOHN DOE INDIVIDUALS 1-10, and DOE COMPANIES 1-10,<br><br>        Defendants. | C.A. No. 23-162-CFC-SRF |

## ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Travis S. Hunter of Richards, Layton & Finger, P.A., enters his appearance as counsel for Defendant Phuong D Vo a/k/a Katie Vo in the above-captioned action.

Dated: December 7, 2023

                                                    */s/ Travis S. Hunter*
                                                    Travis S. Hunter (#5350)
                                                    Griffin A. Schoenbaum (#6915)
                                                    Richards, Layton & Finger, P.A.
                                                    One Rodney Square
                                                    920 North King Street
                                                    Wilmington, DE 19801
                                                    (302) 651-7700
                                                    hunter@rlf.com
                                                    schoenbaum@rlf.com

                                                    *Attorneys for Defendant Phuong D Vo a/k/a Katie Vo*