IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PARKER PELHAM, Individually and on Behalf of All Others Similarly Situated, | : : : : | |
| Plaintiff, | : : | |
| v. | : : | C.A. No.: 1:23-cv-00162-CFC-SRF |
| VBIT TECHNOLOGIES CORP., VBIT MINING LLC, ADVANCED MINING GROUP, DANH CONG VO a/k/a DON VO, PHUONG D. VO a/k/a KATIE VOE, SEAN TU, JIN GAO, LILLIAN ZHAO, JOHN DOE INDIVIDUALS 1-10, and DOE COMPANIES 1-10, | : : : : : : : : : | |
| Defendants. | : | |

## NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned counsel hereby enters her appearance on behalf of Defendant Jin Gao in the above-referenced matter.

        HEYMAN ENERIO
        GATTUSO & HIRZEL LLP

        */s/ Emily A. Letcher*
        Samuel T. Hirzel, II (# 4415)
        Emily A. Letcher (# 6560)
        300 Delaware Avenue, Suite 200
        Wilmington, DE 19801
        (302) 472-7302
        shirzel@hegh.law
        eletcher@hegh.law
        *Attorneys for Defendant Jin Gao*

Dated: February 26, 2024