# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PARKER PELHAM, Individually and on Behalf of All Other Similarly Situated, | )<br>)<br>) |
| Plaintiff, | ) C.A. No. 23-162-CFC-SRF<br>) |
| v. | )<br>)<br>) |
| VBIT TECHNOLOGIES CORP., VBIT MINING LLC, ADVANCED MINING GROUP, DANH CONG VO a/k/a DON VO, PHUONG D VO a/k/a KATIE VO, SEAN TU, JIN GAO, LILLIAN ZHAO, and JOHN DOE INDIVIDUALS 1-10, and DOE COMPANIES 1-10, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Jessica E. Blau of Richards, Layton & Finger, P.A., enters her appearance as counsel for Defendant Phuong D Vo a/k/a Katie Vo in the above-captioned action.

/s/ Jessica E. Blau
Travis S. Hunter (#5350)
Griffin A. Schoenbaum (#6915)
Jessica E. Blau (#7163)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
hunter@rlf.com
schoenbaum@rlf.com
blau@rlf.com

*Attorneys for Defendant Phuong D Vo a/k/a Katie Vo*

Dated: April 10, 2024