# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PARKER PELHAM, Individually and on Behalf of All Other Similarly Situated, | ) ) ) |
| Plaintiff, | ) ) C.A. No. 23-162-JLH-SRF |
| v. | ) ) ) |
| VBIT TECHNOLOGIES CORP., VBIT MINING LLC, ADVANCED MINING GROUP, DANH CONG VO a/k/a DON VO, PHUONG D VO a/k/a KATIE VO, SEAN TU, JIN GAO, LILLIAN ZHAO, and JOHN DOE INDIVIDUALS 1-10, and DOE COMPANIES 1-10, | ) ) ) ) ) ) ) |
| Defendants. | ) |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that Griffin A. Schoenbaum of Richards, Layton, & Finger, P.A. hereby withdraws his appearance as counsel for Defendant Phuong D Vo a/k/a Katie Vo. Richards, Layton & Finger, P.A. and Buchalter, PC continue to represent Defendant Phuong D Vo a/k/a Katie Vo.

|  |  |
|---|---|
| OF COUNSEL: | */s/ Griffin A. Schoenbaum* <br> Travis S. Hunter (#5350) <br> Griffin A. Schoenbaum (#6915) |
| Mitchell S. Kim <br> Danielle M. Mayer <br> BUCHALTER <br> 1000 Wilshire Boulevard, Suite 1500 <br> Los Angeles, CA 90017 <br> (213) 891-0700 <br> mkim@buchalter.com <br> dmayer@buchalter.com | Jessica E. Blau (#7163) <br> Richards, Layton & Finger, P.A. <br> One Rodney Square <br> 920 North King Street <br> Wilmington, DE 19801 <br> (302) 651-7700 <br> hunter@rlf.com <br> schoenbaum@rlf.com <br> blau@rlf.com |
| Dated: April 12, 2024 | *Attorneys for Defendant Phuong D Vo a/k/a Katie Vo* |