## **RULE 7.1.1 CERTIFICATION**

The undersigned hereby certifies that, after conferring with Defense counsel, Ms. Vo does not oppose the amendment so long as it did not moot Ms. Vo's motion to dismiss. Plaintiff does not intend for the amended complaint to moot Ms. Vo's motion to dismiss. Counsel for Mr. Gao has stated that Mr. Gao does not take a position on the amendment.

      /s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)