# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PARKER PELHAM, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>VBIT TECHNOLOGIES CORP., VBIT MINING LLC, ADVANCED MINING GROUP, DANH CONG VO A/K/A DON VO, PHUONG D VO A/K/A KATIE VO, SEAN TU, JIN GAO, LILLIAN ZHAO, AND JOHN DOE INDIVIDUALS 1-10, AND DOE COMPANIES 1-10,<br><br>Defendants. | C.A. No.: 23-cv-162-JLH-SRF<br><br>CLASS ACTION |

## [PROPOSED] ORDER

Having considered Lead Plaintiff Alisha McKellar a/k/a Alisha Lee's ("Plaintiff") Motion for Leave to File the First Amended Complaint and any response thereto, the Court hereby grants Plaintiff leave to amend its complaint. Plaintiff shall file its First Amended Complaint within 7 days of the date of this Order.

SO ORDERED this ___ day of _____, 2024.

 

_____
The Honorable Sherry R. Fallon