UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| PARKER PELHAM, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>VBIT TECHNOLOGIES CORP., VBIT MINING LLC, ADVANCED MINING GROUP, DANH CONG VO A/K/A DON VO, PHUONG D VO A/K/A KATIE VO, SEAN TU, JIN GAO, LILLIAN ZHAO, AND JOHN DOE INDIVIDUALS 1-10, AND DOE COMPANIES 1-10,<br><br>Defendants. | C.A. No.: 23-cv-162-JLH-SRF<br><br>CLASS ACTION |

**NOTICE OF NON-OPPOSITION TO MOVANT'S MOTION FOR LEAVE TO FILE THE FIRST AMENDED COMPLAINT**

Lead Plaintiff Alisha McKellar ("Plaintiff") respectfully submits this Notice of Non-Opposition to her unopposed Motion for Leave to File the First Amended Complaint (the "Motion to File the Amended Complaint"). D.I. 31.

The deadline to oppose the Motion to File the Amended Complaint was July 25, 2024. No such oppositions have been filed. And as discussed in the Motion to File the Amended Complaint, no defendants oppose the motion.

Accordingly, Plaintiff respectfully requests the Court grant Plaintiff's unopposed Motion to File the Amended Complaint in its entirety.

Dated: July 26, 2024                    Respectfully submitted,

                                              **FARNAN LLP**

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market St., 12th Floor
Wilmington, DE 19801
Telephone: (302) 777-0300
Fax: (302) 777-0301
Email: bfarnan@farnanlaw.com
Email: mfarnan@farnanlaw.com

*Liaison Counsel for*
*Plaintiff and the Class*

**THE ROSEN LAW FIRM, P.A.**

Laurence M. Rosen, Esq.
Phillip Kim, Esq.
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: lrosen@rosenlegal.com
Email: pkim@rosenlegal.com

*Lead Counsel for*
*Plaintiff and the Class*