# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PARKER PELHAM, Individually and on Behalf of All Other Similarly Situated, | )<br>)<br>) |
| Plaintiff, | ) C.A. No. 23-162-CFC-SRF<br>) |
| v. | )<br>)<br>) |
| VBIT TECHNOLOGIES CORP., VBIT MINING LLC, ADVANCED MINING GROUP, DANH CONG VO a/k/a DON VO, PHUONG D VO a/k/a KATIE VO, SEAN TU, JIN GAO, LILLIAN ZHAO, and JOHN DOE INDIVIDUALS 1-10, and DOE COMPANIES 1-10, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## MOTION AND ORDER FOR ADMISSIONS *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admissions *pro hac vice* of Mitchell S. Kim of Buchalter at 1000 Wilshire Boulevard, Suite 1500, Los Angeles, CA 90017 to represent Defendant Phuong D Vo a/k/a Katie Vo in this matter.

                                                               */s/ Travis S. Hunter*
                                                               Travis S. Hunter (#5350)
                                                                Jessica E. Blau (#7163)
                                                                Richards, Layton & Finger, P.A.
                                                                One Rodney Square
                                                                920 North King Street
                                                                Wilmington, DE 19801
                                                                (302) 651-7700
                                                                hunter@rlf.com
                                                                blau@rlf.com

                                                             *Attorneys for Defendant Phuong D Vo a/k/a Katie Vo*

Dated: July 29, 2024

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admissions *pro hac vice* is granted.

Dated: _____                              _____
                                                                                             UNITED STATES DISTRICT JUDGE

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order: Annual Registration Fee / Pro Hac Vice Fee, I further certify that the annual fee of $50.00 will be submitted to the Clerk's Office upon the filing of this motion.

/s/ Mitchell S. Kim
Mitchell S. Kim
BUCHALTER
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017
(213) 891-0700
mkim@buchalter.com

Dated: July 29, 2024