# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PARKER PELHAM, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>VBIT TECHNOLOGIES CORP., VBIT MINING LLC, VBIT DC CORP., ADVANCED MINING GROUP, DANH CONG VO A/K/A DON VO, PHUONG D VO A/K/A KATIE VO, SEAN TU, JIN GAO, AND LILLIAN ZHOU,<br><br>Defendants. | Civil Action No. 23-cv-162-JLH-SRF<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 30, 2024, a copy of the Amended Class Action Complaint for Violations of the Federal Securities Laws was served on the following as indicated:

<u>Via U.S. Mail</u>
VBit Technologies Corp.
c/o Legalinc Corporate Services Inc.
131 Continental Drive Suite 305
Newark, DE 19713

<u>Via U.S. Mail</u>
VBit Mining LLC
c/o Legalinc Corporate Services Inc.
131 Continental Drive Suite 305
Newark, DE 19713

<u>Via U.S. Mail</u>
Advanced Mining Group
c/o Legalinc Corporate Services Inc.
131 Continental Drive Suite 305
Newark, DE 19713

<u>Via U.S. Mail</u>
Danh Cong Vo a/k/a Don Vo
1823 S. Dover Street
Philadelphia, Pennsylvania 19145

<u>Via U.S. Mail</u>
Danh Cong Vo a/k/a Don Vo
c/o VBit Technologies Corp.
c/o Legalinc Corporate Services Inc.

<u>Via U.S. Mail</u>
Phuong D Vo a/k/a Katie Vo
919 N. Front Street, Apt. F
Philadelphia, Pennsylvania 19123

131 Continental Drive Suite 305
Newark, DE 19713

<u>Via U.S. Mail</u>
Sean Tu
1390 Braun Court
Eagan, Minnesota 55123

<u>Via U.S. Mail</u>
Jin Gao
3213 Riseview Walk, #101
Philadelphia, Pennsylvania 19125

<u>Via U.S. Mail</u>
Lillian Zhao:
c/o VBit Technologies Corp.
c/o Legalinc Corporate Services Inc.
131 Continental Drive Suite 305
Newark, DE 19713

Dated: July 31, 2024

Respectfully submitted,

**FARNAN LLP**

<u>/s/ Brian E. Farnan</u>
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market St., 12th Floor
Wilmington, DE 19801
Telephone: (302) 777-0300
Fax: (302) 777-0301
Email: bfarnan@farnanlaw.com
Email: mfarnan@farnanlaw.com

*Liaison Counsel for Plaintiff and the Class*

**THE ROSEN LAW FIRM, P.A.**
Laurence Rosen
Phillip Kim
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: lrosen@rosenlegal.com
          pkim@rosenlegal.com

*Lead Counsel for Plaintiff and the Class*