IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PARKER PELHAM, Individually and on Behalf of All Other Similarly Situated,<br><br>        Plaintiff,<br><br>v.<br><br>VBIT TECHNOLOGIES CORP., VBIT MINING LLC, ADVANCED MINING GROUP, DANH CONG VO a/k/a DON VO, PHUONG D VO a/k/a KATIE VO, SEAN TU, JIN GAO, LILLIAN ZHAO, and JOHN DOE INDIVIDUALS 1-10, and DOE COMPANIES 1-10,<br><br>        Defendants. | C.A. No. 23-162-JLH-SRF |

**STIPULATION AND [PROPOSED] ORDER**
**TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT**

WHEREAS, on July 29, 2024, Plaintiff Parker Pelham ("Pelham") filed an Amended Complaint in this action (D.I. 34);

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, subject to the approval of the Court, that the time for Defendant, Phuong D Vo ("Katie Vo") to move, answer, or otherwise respond to the Amended Complaint is extended through and including August 26, 2024.

RLF1 31351868v.1

| | |
|---|---|
| */s/ Brian S. Farnan* | */s/ Travis S. Hunter* |
| Brian E. Farnan (#4089) | Travis S. Hunter (#5350) |
| Michael J. Farnan (#5165) | Jessica E. Blau (#7163) |
| 919 North Market St., 12th Floor | Richards, Layton & Finger, P.A. |
| Wilmington, DE 19801 | One Rodney Square |
| (302) 777-0300 | 920 North King Street |
| bfarnan@farnanlaw.com | Wilmington, DE 19801 |
| mfarnan@farnanlaw.com | (302) 651-7700 |
| | hunter@rlf.com |
| | blau@rlf.com |
| | |
| *Liaison Counsel for Plaintiff and the Class* | *Attorneys for Defendant Phuong D Vo a/k/a Katie Vo* |

Dated: August 12, 2024

SO ORDERED, this _____ day of August, 2024.

_____
UNITED STATES DISTRICT JUDGE