IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PARKER PELHAM, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C. A. No. 23-162-JLH-SRF |
| VBIT TECHNOLOGIES CORP., VBIT MINING LLC, VBIT DC CORP., ADVANCED MINING GROUP, DANH CONG VO a/k/a DON VO, PHUONG D VO a/k/a KATIE VO, SEAN TU, JIN GAO, and LILLIAN ZHOU, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

At Wilmington this 13th day of August, 2024.

WHEREAS, on July 26, 2024, Magistrate Judge Fallon issued a Report and Recommendation (D.I. 33) in this action, which recommended that the Court deny Katie Vo's motion to dismiss (D.I. 19) and Plaintiff's cross-motion to allow alternative service without prejudice to renew (D.I. 23); and

WHEREAS, no party filed objections to the Report and Recommendation pursuant to 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period, and the Court finding no clear error on the face of the record,

THEREFORE, IT IS HEREBY ORDERED that the Report and Recommendation (D.I. 33) is ADOPTED. Katie Vo's motion to dismiss (D.I. 19) and Plaintiff's cross-motion to allow alternative service without prejudice to renew (D.I. 23) are DENIED.

_____
The Honorable Jennifer L. Hall
United States District Judge