# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PARKER PELHAM, Individually and on Behalf of All Other Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VBIT TECHNOLOGIES CORP., VBIT MINING LLC, ADVANCED MINING GROUP, DANH CONG VO a/k/a DON VO, PHUONG D VO a/k/a KATIE VO, SEAN TU, JIN GAO, LILLIAN ZHAO, and JOHN DOE INDIVIDUALS 1-10, and DOE COMPANIES 1-10,<br><br>Defendants. | C.A. No. 23-162-JLH-SRF |

## MOTION TO DISMISS

Pursuant to Federal Rules of Civil Procedure 12(b)(6), Defendant Phuong D Vo a/k/a Katie Vo hereby moves to dismiss the Amended Class Action Complaint for Violation of the Federal Securities Laws (D.I. 34).

The grounds for this motion are set forth in Defendant Phuong D. Vo a/k/a Katie Vo's Opening Brief in Support of Her Motion to Dismiss, filed contemporaneously herewith.

OF COUNSEL:

Mitchell S. Kim
Danielle M. Mayer
BUCHALTER
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017
(213) 891-0700
mkim@buchalter.com
dmayer@buchalter.com

*/s/ Travis S. Hunter*
Travis S. Hunter (#5350)
Jessica E. Blau (#7163)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
hunter@rlf.com
blau@rlf.com

*Attorneys for Defendant Phuong D Vo a/k/a Katie Vo*

Dated: August 26, 2024