IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PARKER PELHAM, Individually and on Behalf of All Other Similarly Situated, | ) ) ) |
| Plaintiff, | ) ) C.A. No. 23-162-JLH-SRF |
| v. | ) ) ) |
| VBIT TECHNOLOGIES CORP., VBIT MINING LLC, ADVANCED MINING GROUP, DANH CONG VO a/k/a DON VO, PHUONG D VO a/k/a KATIE VO, SEAN TU, JIN GAO, LILLIAN ZHAO, and JOHN DOE INDIVIDUALS 1-10, and DOE COMPANIES 1-10, | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## [PROPOSED] ORDER

WHEREAS, the Court having considered Defendant Phuong D Vo a/k/a Katie Vo's ("Ms. Vo") Motion to Dismiss ("Motion"); and,

WHEREAS, good cause having been shown for the relief sought in the Motion;

IT IS HEREBY ORDERED this _____ day of _____, 2024 that:

1. The Motion is GRANTED.

2. The Amended Class Action Complaint for Violation of the Federal Securities Laws (D.I. 34) is hereby dismissed with prejudice as to Ms. Vo.

_____
United States Magistrate Judge