IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PARKER PELHAM, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>VBIT TECHNOLOGIES CORP., VBIT MINING LLC, ADVANCED MINING GROUP, DANH CONG VO a/k/a DON VO, PHUONG D. VO a/k/a KATIE VOE, SEAN TU, JIN GAO, LILLIAN ZHAO, JOHN DOE INDIVIDUALS 1-10, and DOE COMPANIES 1-10,<br><br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:   C.A. No.: 1:23-cv-00162-JLH-SRF<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned counsel hereby enters his appearance on behalf of Defendant Jin Gao in the above-referenced matter.

            HEYMAN ENERIO
            GATTUSO & HIRZEL LLP

            */s/ Samuel T. Hirzel, II*
            Samuel T. Hirzel, II (# 4415)
            Emily A. Letcher (# 6560)
            300 Delaware Avenue, Suite 200
            Wilmington, DE 19801
            (302) 472-7302
            shirzel@hegh.law
            eletcher@hegh.law
            *Attorneys for Defendant Jin Gao*

Dated: August 29, 2024