IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PARKER PELHAM, Individually and on Behalf of All Others Similarly Situated, | : | |
| | : | |
| | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No.: 1:23-cv-00162-JLH-SRF |
| | : | |
| VBIT TECHNOLOGIES CORP., VBIT MINING LLC, ADVANCED MINING GROUP, DANH CONG VO a/k/a DON VO, PHUONG D. VO a/k/a KATIE VOE, SEAN TU, JIN GAO, LILLIAN ZHAO, JOHN DOE INDIVIDUALS 1-10, and DOE COMPANIES 1-10, | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| Defendants. | : | |

**<u>ORDER</u>**

WHEREAS, the Court having considered Defendant Jin Gao's ("Gao") Motion to Dismiss for Lack of Service and Personal Jurisdiction ("Motion"); and,

WHEREAS, good cause having been shown for the relief sought in the Motion;

IT IS HEREBY ORDERED this ____ day of _____, 2024 that:

1. The Motion is GRANTED; and

2. The Amended Class Action Complaint for Violations of the Federal Securities Laws (D.I. 34) is hereby dismissed with prejudice as to Gao.

_____
United States Magistrate Judge Fallon