UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| PARKER PELHAM, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>VBIT TECHNOLOGIES CORP., VBIT MINING LLC, ADVANCED MINING GROUP, DANH CONG VO A/K/A DON VO, PHUONG D VO A/K/A KATIE VO, SEAN TU, JIN GAO, LILLIAN ZHAO, AND JOHN DOE INDIVIDUALS 1-10, AND DOE COMPANIES 1-10,<br><br>Defendants. | C.A. No.: 23-cv-162-JLH-SRF<br><br>CLASS ACTION |

## STIPULATION EXTENDING DEADLINE

Plaintiff and Defendant Phuong D Vo a/k/a Katie Vo ("Ms. Vo") agree, subject to the Court's approval, that the deadline for Plaintiff to respond to Ms. Vo's Motion to Dismiss (D.I. 41) is extended to September 23, 2024.

Dated: August 29, 2024

Respectfully submitted,

**FARNAN LLP**

/s/ Brian E. Farnan
Brian E. Farnan, Esq. (Bar No. 4089)
Michael J. Farnan, Esq. (Bar No. 5165)
919 North Market St., 12th Floor
Wilmington, DE 19801
Telephone: (302) 777-0300
Fax: (302) 777-0301
Email: bfarnan@farnanlaw.com

1

Email: mfarnan@farnanlaw.com

*Liaison Counsel for*
*Plaintiff and the Class*

**THE ROSEN LAW FIRM, P.A.**

Laurence M. Rosen, Esq.
Phillip Kim, Esq.
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: lrosen@rosenlegal.com
Email: pkim@rosenlegal.com

*Lead Counsel for*
*Plaintiff and the Class*

/s/ Travis S. Hunter
Travis S. Hunter (#5350)
Jessica E. Blau (#7163)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
hunter@rlf.com
blau@rlf.com

*Attorneys for Defendant Phuong D Vo*
*a/k/a Katie Vo*

Mitchell S. Kim
Danielle M. Mayer
BUCHALTER
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017
(213) 891-0700
mkim@buchalter.com

2


dmayer@buchalter.com

*Of counsel to Defendant Phuong D Vo a/k/a Katie Vo*

IT IS SO ORDERED this _____ day of August, 2024.

_____
The Honorable Sherry R. Fallon