# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PARKER PELHAM, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>VBIT TECHNOLOGIES CORP., VBIT MINING LLC, ADVANCED MINING GROUP, DANH CONG VO A/K/A DON VO, PHUONG D VO A/K/A KATIE VO, SEAN TU, JIN GAO, LILLIAN ZHAO, AND JOHN DOE INDIVIDUALS 1-10, AND DOE COMPANIES 1-10,<br><br>Defendants. | C.A. No.: 23-cv-162-JLH-SRF<br><br>CLASS ACTION |

## STIPULATION AND ORDER TO EXTEND TIME

The parties, subject to the Court's approval, agree that the deadline for Plaintiff to respond to Defendant Jin Gao's Motion to Dismiss for Lack of Service and Personal Jurisdiction (D.I. 44) is extended to September 30, 2024.

Dated: September 17, 2024

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Plaintiff*

HEYMAN ENERIO
GATTUSO & HIRZEL LLP

/s/ Samuel T. Hirzel
Samuel T. Hirzel, II (# 4415)
Emily A. Letcher (# 6560)
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302) 472-7300
shirzel@hegh.law
eletcher@hegh.law

*Attorneys for Defendant Jin Gao*

IT IS SO ORDERED this _____ day of September, 2024.

_____
The Honorable Sherry R. Fallon