UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| PARKER PELHAM, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>VBIT TECHNOLOGIES CORP., VBIT MINING LLC, VBIT DC CORP., ADVANCED MINING GROUP, DANH CONG VO A/K/A DON VO, PHUONG D VO A/K/A KATIE VO, SEAN TU, JIN GAO, LILLIAN ZHAO, AND JOHN DOE INDIVIDUALS 1-10, AND DOE COMPANIES 1-10,<br><br>Defendants. | C.A. No.: 23-cv-162-JLH-SRF<br><br>CLASS ACTION |

**DECLARATION OF BRIAN E. FARNAN IN SUPPORT OF
OPPOSITION TO JIN GAO'S MOTION TO DISMISS AND
CROSS MOTION TO AUTHORIZE ADDITIONAL TIME TO SERVE JIN GAO**

I, Brian E. Farnan hereby declare under penalty of perjury:

1. I am an attorney of Farnan LLP, Liaison Counsel in this action, and have personal knowledge of the facts set forth herein. I am duly admitted to practice law in the State of Delaware and before this Court. I make this Declaration in support of the Opposition to Jin Gao's Motion to Dismiss and Cross Motion to Authorize Additional Time to Serve Jin Gao.

2. Attached hereto as Exhibit A is a true and correct copy of the declaration of Brian E. Farnan.

3. Attached hereto as Exhibit B is a true and correct copy of the emails between Counsel for Plaintiffs and Counsel for Jin Gao concerning, *inter alia*, alleged deficient service.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed: September 30, 2024         /s/ Brian E. Farnan
                                     Brian E. Farnan