IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PARKER PELHAM, Individually and on Behalf of All Others Similarly Situated, | : : : : | |
| Plaintiff, | : : : | |
| v. | : : | C.A. No.: 1:23-cv-00162-JLH-SRF |
| VBIT TECHNOLOGIES CORP., VBIT MINING LLC, VBIT DC CORP., ADVANCED MINING GROUP, DANH CONG VO a/k/a DON VO, PHUONG D. VO a/k/a KATIE VO, SEAN TU, JIN GAO, LILLIAN ZHAO, JOHN DOE INDIVIDUALS 1-10, and DOE COMPANIES 1-10, | : : : : : : : : : : | |
| Defendants. | : | |

## STIPULATION AND ORDER TO EXTEND TIME

The parties, subject to the Court's approval, agree that the deadline for Defendant Jin Gao to Reply to Plaintiff's Opposition to Jin Gao's Motion to Dismiss and Cross Motion to Authorize Additional Time to Serve Jin Gao (D.I. 51) is extended to October 21, 2024.

| | |
|---|---|
| FARNAN LLP | HEYMAN ENERIO GATTUSO & HIRZEL LLP |
| */s/ Brian E. Farnan* | */s/ Emily A. Letcher* |
| Brian E. Farnan (# 4089) | Samuel T. Hirzel, II (# 4415) |
| Michael J. Farnan (# 5165) | Emily A. Letcher (# 6560) |
| 919 North Market Street, 12th Floor | 300 Delaware Avenue, Suite 200 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 777-0300 | (302) 472-7300 |
| bfarnan@farnanlaw.com | shirzel@hegh.law |
| mfarnan@farnanlaw.com | eletcher@hegh.law |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Jin Gao* |

IT IS SO ORDERED this _____ day of October, 2024.

_____
The Honorable Sherry R. Fallon