# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PARKER PELHAM, Individually and on Behalf of All Other Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>VBIT TECHNOLOGIES CORP., VBIT MINING LLC, VBIT DC CORP., ADVANCED MINING GROUP, DANH CONG VO a/k/a DON VO, PHUONG D VO a/k/a KATIE VO, SEAN TU, JIN GAO, LILLIAN ZHAO, and JOHN DOE INDIVIDUALS 1-10, and DOE COMPANIES 1-10,<br><br>    Defendants. | C.A. No. 23-162-JLH-SRF |

## STIPULATION AND [PROPOSED] ORDER
## TO EXTEND DEADLINE FOR DEFENDANT'S
## REPLY IN SUPPORT OF MOTION TO DISMISS

WHEREAS, on August 26, 2024, Defendant Katie Vo ("Vo") filed a Motion to Dismiss for Failure to State a Claim (D.I. 41);

WHEREAS, on September 30, 2024, Plaintiffs Alisha McKellar, Jack Washburn, David Veney, Jin Hyuk Ho, and Terence Brown (collectively "Plaintiffs") filed an Opposition to the Motion to Dismiss (D.I. 51);

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, subject to the approval of the Court, that the time for Defendant, Phuong D Vo ("Katie Vo") to file her reply in Support of the Motion to Dismiss is extended through and including October 24, 2024.

| | |
|---|---|
| */s/ Michael J. Farnan* <br> Brian E. Farnan (#4089) <br> Michael J. Farnan (#5165) <br> 919 North Market St., 12th Floor <br> Wilmington, DE 19801 <br> (302) 777-0300 <br> bfarnan@farnanlaw.com <br> mfarnan@farnanlaw.com <br><br> *Liaison Counsel for Plaintiff and the Class* | */s/ Travis S. Hunter* <br> Travis S. Hunter (#5350) <br> Jessica E. Blau (#7163) <br> Richards, Layton & Finger, P.A. <br> One Rodney Square <br> 920 North King Street <br> Wilmington, DE 19801 <br> (302) 651-7700 <br> hunter@rlf.com <br> blau@rlf.com <br><br> *Attorneys for Defendant Phuong D Vo a/k/a Katie Vo* |

Dated: October 14, 2024.

SO ORDERED, this _____ day of October, 2024.

_____
UNITED STATES DISTRICT JUDGE