IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PARKER PELLHAM et al, | ) | |
| Plaintiffs | ) | C.A. No. 23-162-SRF |
| v. | ) | |
| VBIT TECHNOLOGIES CORP. et al, | ) | |
| Defendants | ) | |

**DENIAL OF DEFAULT REQUEST**

THE APPLICATION FOR ENTRY OF DEFAULT IN APPEARANCE (D.I. 59) is denied without prejudice for failure to comply with D. Del. LR 5.2(a) .

Dated: October 24, 2024

_____
(By) Deputy Clerk