**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| PARKER PELHAM, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>VBIT TECHNOLOGIES CORP., VBIT MINING LLC, VBIT DC CORP., ADVANCED MINING GROUP, DANH CONG VO A/K/A DON VO, PHUONG D VO A/K/A KATIE VO, SEAN TU, JIN GAO, LILLIAN ZHOU, AND JOHN DOE INDIVIDUALS 1-10, AND DOE COMPANIES 1-10,<br><br>Defendants. | C.A. No.: 23-cv-162-JLH-SRF<br><br>CLASS ACTION |

**REQUEST TO THE CLERK OF COURT TO ENTER DEFAULT**

Lead Plaintiff Alisha McKellar ("Lead Plaintiff" or "Ms. McKellar") by and through her undersigned counsel, hereby respectfully requests an entry of default against VBit Technologies Corp., VBit Mining LLC, VBit D.C. Corp., Advanced Mining Group, Danh Cong Vo a/k/a Don Vo, Sean Tu, and Lillian Zhou, (collectively, "Default Defendants").

On February 13, 2023, a class action complaint was filed against VBit Technologies Corp., VBit Mining LLC, Advanced Mining Group, Danh Cong Vo a/k/a Don Vo, Sean Tu, and Lillian Zhou as well as Phuong D. Vo and Jin Gao for breaching §§5, 12(a)(1), and 15 of the Securities Act of 1933 ("Securities Act") and §§10(b) and 20(a) of the Securities Exchange Act of 1934 ("Exchange Act") in connection with the sale of unregistered securities. *See* D.I. 1 and the Affidavit of Ha Sung (Scott) Kim ("Kim Affidavit") at ¶2. A true and correct copy of the Kim Affidavit is attached hereto as Exhibit A. On July 29, 2024, an amended complaint was filed which, *inter alia*, added VBit D.C. Corp. as a defendant. D.I. 34.

1

1. On April 17, 2023, Ms. McKellar filed her Motion to be appointed Lead Plaintiff. D.I. 7. On July 5, 2023, Magistrate Judge Sherry R. Fallon issued an order appointing Ms. McKellar as Lead Plaintiff for the class and approving her choice of The Rosen Law Firm P.A. as Lead Counsel and Farnan LLP as Liaison Counsel. D.I. 17.

2. On July 27, 2023, Lead Plaintiff effectuated service on Defendant VBit Technologies Corp. D.I. 18, at 12. The deadline for Defendant VBit Technologies Corp. to answer or otherwise respond to the Complaint was August 17, 2023.

3. On July 27, 2023, Lead Plaintiff effectuated service on Defendant VBit Mining LLC. *Id* at 10. The deadline for Defendant VBit Mining LLC to answer or otherwise respond to the Complaint was August 17, 2023.

4. On July 30, 2024, Lead Plaintiff effectuated service on Defendant VBit D.C. Corp. D.I. 38. The deadline for Defendant VBit D.C. Corp. to answer or otherwise respond to the Complaint was August 20, 2024.

5. On October 23, 2023, Lead Plaintiff effectuated service on Defendant Advanced Mining Group. D.I. 18 at 2. The deadline for Defendant Advanced Mining Group to answer or otherwise respond to the Complaint was November 13, 2023.

6. On July 27, 2023, Lead Plaintiff effectuated service on Defendant Danh Cong Vo a/k/a Don Vo ("Mr. Vo"). *Id.* at 4. The deadline for Mr. Vo to answer or otherwise respond to the Complaint was August 17, 2023.

7. On July 27, 2023, Lead Plaintiff effectuated service on Defendant Sean Tu ("Mr. Tu"). *Id* at 8. The deadline for Mr. Tu to answer or otherwise respond to the Complaint was August 17, 2023.

8. On July 27, 2023, Lead Plaintiff effectuated service on Lillian Zhou ("Ms. Zhou"). *Id.* at 16. The deadline for Defendant Lillian Zhou to answer or otherwise respond to the Complaint was August 17, 2023.

9. To date none of the Default Defendants have responded to their summons or complaint and failed to plead or otherwise defend this action. Kim Affidavit at 11.

WHEREFORE, Plaintiffs respectfully requests that the Clerk of Court enter a default against Defendants pursuant to Fed. R. Civ. P. 55(a).

Dated: November 5, 2024                    Respectfully submitted,

**FARNAN LLP**

/s/ Brian E. Farnan
Brian E. Farnan, Esq. (Bar No. 4089)
Michael J. Farnan, Esq. (Bar No. 5165)
919 North Market St., 12th Floor
Wilmington, DE 19801
Telephone: (302) 777-0300
Fax: (302) 777-0301
Email: bfarnan@farnanlaw.com
Email: mfarnan@farnanlaw.com

*Liaison Counsel for*
*Plaintiffs and the Class*

**THE ROSEN LAW FIRM, P.A.**

Phillip Kim, Esq.
Ha Sung (Scott) Kim, Esq. (*pro hac vice*)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: philkim@rosenlegal.com
Email: skim@rosenlegal.com

*Lead Counsel for*
*Plaintiffs and the Class*