<u>CERTIFICATE OF SERVICE</u>

I, Brian E. Farnan, hereby certify that on November 5, 2024, a copy of the Request to the Clerk of Court to Enter Default was served on the following as indicated:

<u>Via U.S. Mail</u>
VBit Technologies Corp.
c/o Legalinc Corporate Services Inc.
131 Continental Drive Suite 305
Newark, DE 19713

<u>Via U.S. Mail</u>
VBit Mining LLC
c/o Legalinc Corporate Services Inc.
131 Continental Drive Suite 305
Newark, DE 19713

<u>Via U.S. Mail</u>
Advanced Mining Group
c/o Legalinc Corporate Services Inc.
131 Continental Drive Suite 305
Newark, DE 19713

<u>Via U.S. Mail</u>
Danh Cong Vo a/k/a Don Vo
1823 S. Dover Street
Philadelphia, Pennsylvania 19145

<u>Via U.S. Mail</u>
Danh Cong Vo a/k/a Don Vo
c/o VBit Technologies Corp.
c/o Legalinc Corporate Services Inc.
131 Continental Drive Suite 305
Newark, DE 19713

<u>Via U.S. Mail</u>
Phuong D Vo a/k/a Katie Vo
919 N. Front Street, Apt. F
Philadelphia, Pennsylvania 19123

<u>Via U.S. Mail</u>
Sean Tu
1390 Braun Court
Eagan, Minnesota 55123

<u>Via U.S. Mail</u>
Jin Gao
3213 Riseview Walk, #101
Philadelphia, Pennsylvania 19125

<u>Via U.S. Mail</u>
Lillian Zhou
c/o VBit Technologies Corp.
c/o Legalinc Corporate Services Inc.
131 Continental Drive Suite 305
Newark, DE 19713

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)