CERTIFICATE OF SERVICE

I, Brian E. Farnan, hereby certify that on November 5, 2024, a copy of the Affidavit in Support of the Request to the Clerk of Court to Enter Default was served on the following as indicated:

Via U.S. Mail
VBit Technologies Corp.
c/o Legalinc Corporate Services Inc.
131 Continental Drive Suite 305
Newark, DE 19713

Via U.S. Mail
VBit Mining LLC
c/o Legalinc Corporate Services Inc.
131 Continental Drive Suite 305
Newark, DE 19713

Via U.S. Mail
Advanced Mining Group
c/o Legalinc Corporate Services Inc.
131 Continental Drive Suite 305
Newark, DE 19713

Via U.S. Mail
Danh Cong Vo a/k/a Don Vo
1823 S. Dover Street
Philadelphia, Pennsylvania 19145

Via U.S. Mail
Danh Cong Vo a/k/a Don Vo
c/o VBit Technologies Corp.
c/o Legalinc Corporate Services Inc.
131 Continental Drive Suite 305
Newark, DE 19713

Via U.S. Mail
Phuong D Vo a/k/a Katie Vo
919 N. Front Street, Apt. F
Philadelphia, Pennsylvania 19123

Via U.S. Mail
Sean Tu
1390 Braun Court
Eagan, Minnesota 55123

Via U.S. Mail
Jin Gao
3213 Riseview Walk, #101
Philadelphia, Pennsylvania 19125

Via U.S. Mail
Lillian Zhou
c/o VBit Technologies Corp.
c/o Legalinc Corporate Services Inc.
131 Continental Drive Suite 305
Newark, DE 19713

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)