IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PARKER PELLHAM et al, ) | |
| ) | |
| Plaintiffs ) | C.A. No. 23-162-JLH-SRF |
| ) | |
| v. ) | |
| ) | |
| VBIT TECHNOLOGIES et al, ) | |
| ) | |
| Defendants ) | |

CLERK'S ENTRY OF DEFAULT IN APPEARANCE

AND NOW TO WIT THIS 7th day of November, 2024, Plaintiff, Alisha McKellar, has filed a request for default (D.I. 62);

WHEREAS, a Clerk's Entry of Default has not yet been entered:

It appearing from the summonses returned as executed on October 25, 2023 (D.I.18) and on July 31, 2024 (D.I. 38), that Service was effectuated and Defendants Advanced Mining Group, Danh Cong Vo, Sean Tu, VBIT Mining LLC, VBIT Technologies Corp., VBit DC Corp. and Lillian Zhou, have not answered or otherwise moved with respect to the Complaint within the time required, on or before:

| | |
|---|---|
| Danh Cong Vo | 8/17/2023 |
| Sean Tu | 8/17/2023 |
| VBIT Mining LLC | 8/17/2023 |
| VBIT Technologies Corp. | 8/17/2023 |
| Lillian Zhou | 8/17/2023 |
| Advanced Mining Group | 11/13/2023 |
| VBit DC Corp. | 8/20/2024 |

Therefore, IT IS HEREBY ORDERED, in accordance with Federal Rule of Civil Procedure 55(a) that a default in appearance is hereby ENTERED against Defendants Advanced Mining Group, Danh Cong Vo, Sean Tu, VBIT Mining LLC, VBIT Technologies Corp., VBit DC Corp. and Lillian Zhou.

Randall C. Lohan, Clerk

By: _____

DEPUTY CLERK