Sean Tu
1390 Braun Ct
Eagan, MN 55123

FILED
NOV 22 2024
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Office of the Clerk
United States District Court
844 North King St Unit 18
Wilmington, DE 19801-3570

PRIORITY® MAIL
FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT
APPLY PRIORITY MAIL POSTAGE HERE

Retail



U.S. POSTAGE PAID
PM
EAGAN, MN 55121
NOV 20, 2024
19801
$10.45
RDC 03   0 Lb 2.40 Oz   S2324H505261-25

EXPECTED DELIVERY DAY: 11/22/24
USPS TRACKING® #

