CERTIFICATE OF SERVICE

I, Brian E. Farnan, hereby certify that on December 5, 2024, a copy of the Opposition to Sean Tu's Motion to Dismiss was served on the following as indicated:

<u>Via U.S. Mail</u>
Sean Tu
1390 Braun Court
Eagan, Minnesota 55123

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
