## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PARKER PELHAM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>VBIT TECHNOLOGIES CORP., VBIT MINING LLC, VBIT DC CORP., ADVANCED MINING GROUP, DANH CONG VO a/k/a DON VO, PHUONG D VO a/k/a KATIE VO, SEAN TU, JIN GAO, and LILLIAN ZHOU,<br><br>Defendants. | *C.A. No.: 23-cv-162-JLH-SRF* |

## CERTIFICATE OF SERVICE

I hereby certify that on December 10th, 2024, I caused a true and correct copy of the foregoing DEFENDANT SEAN TU'S REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS to be served upon the following parties by as indicated:

<u>Via U.S. Mail</u>

**FARNAN LLP**

Brian E. Farnan

Michael J. Farnan

919 North Market St., 12th Floor

Wilmington, DE 19801

<u>Via U.S. Mail</u>

**THE ROSEN LAW FIRM, P.A.**

Laurence Rosen

Phillip Kim

275 Madison Avenue, 40th Floor

New York, NY 10016

Dated: December 10, 2024

Respectfully submitted,

Sean Tu
*Pro Se*
1390 Braun Ct, Eagan, MN 55123
(612) 888-0068
saj.tu@outlook.com