**PRIORITY MAIL®**

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

APPLY PRIORITY MAIL POSTAGE HERE

1390 Braun Ct
Eagan, MN 55123

Retail

U.S. POSTAGE PAID
PM
EAGAN, MN 55121
DEC 10, 2024

19801

$10.45

RDC 03    0 Lb 2.10 Oz    S2324H505261-25



FILED
DEC 17 2024
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Office of the Clerk
United States District Court
844 North King St Unit 18
Wilmington, DE 19801-3570



EXPECTED DELIVERY DAY: 12/12/24

USPS TRACKING® #

9505 5140 1518 4345 3793 77

EP14H February 2024 Outer Dimension: 10 x 5



# UNITED STATES POSTAL SERVICE® | PRIORITY MAIL®

**PRIORITY MAIL**

PRESS FIRMLY TO SEAL

**PRIORITY MAIL**

PRESS FIRMLY TO SEAL

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.

** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

United States Postal Service®
Label 106A, Nov 2018

United States Postal Service®
Label 106A, Nov 2018

**TRACKED ■ INSURED**

EP14H February 2024
OD: 10 x 5

To schedule free Package Pickup, scan the QR code.
USPS.COM/PICKUP





VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE



PS00001000064