## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PARKER PELHAM, Individually and on Behalf of All Other Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VBIT TECHNOLOGIES CORP., VBIT MINING LLC, VBIT DC CORP., ADVANCED MINING GROUP, DANH CONG VO a/k/a DON VO, PHUONG D VO a/k/a KATIE VO, SEAN TU, JIN GAO, and LILLIAN ZHOU,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 23-162-JLH-SRF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### **ORDER**

At Wilmington this 10th day of November, 2025, having reviewed Defendant Tu's motion to vacate default (D.I. 90) and the related submissions (D.I. 96, D.I. 97), and consistent with the Memorandum Opinion filed on this date, IT IS HEREBY ORDERED THAT the motion (D.I. 90) is GRANTED, and the entry of default against Defendant Tu (D.I. 64) is VACATED.

Sherry R. Fallon
UNITED STATES MAGISTRATE JUDGE